**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v. ) | **Case. No. 18-206 (RMC)** |
| ) | |
| **GUSTAVO ENVELA,** ) | |
| ) | |
| **Defendant.** ) | |

## MEMORANDUM IN AID OF SENTENCING

On August 28, 2018, Mr. Gustavo Envela pled guilty to one count of forcibly thrusting papers and other garbage upon the diplomatic property of Equatorial Guinea, i.e., the embassy, with the intent to harass in violation of 18 U.S.C. $970(b). This charge is a class B misdemeanor for which the maximum sentence is six months in jail. The sentencing guidelines do not apply, but if they did, he would be at an offense level 4, criminal history category I, with a resulting range of 0 to 6 months. Mr. Envela will appear before this Court on November 27 at 10:00 a.m. for sentencing. The defense joins that government's request for non-custodial sentence of one year of supervised probation.

In support of this request, counsel notes that this is a misdemeanor offense for which a term of probation is entirely appropriate. Mr. Envela immediately accepted responsibility for his actions in this case and has been in complete compliance with his release conditions as well as fully cooperative in the Presentence Investigation.

As the Court is aware based upon Mr. Envela's statements at the plea hearing, Mr. Envela has had a long-standing battle with the government of Equatorial Guinea over their refusal to

grant him travel documentation.   Human Rights Watch has noted the corruption of Equatorial Guinea:

> Corruption, poverty, and repression continue to plague Equatorial Guinea under President Teodoro Obiang Nguema Mbasogo, who has been in power since 1979. Vast oil revenues fund lavish lifestyles for the small elite surrounding the president, while a large proportion of the population continues to live in poverty. Mismanagement of public funds and credible allegations of high-level corruption persist, as do other serious abuses, including torture, arbitrary detention, and unfair trials. Obiang's eldest son and possible successor, Teodorin, was indicted in France on money-laundering charges.

https://www.hrw.org/africa/equatorial-guinea.

Moreover, the government of Equatorial Guinea represses the speech and association of its citizens on a regular basis.

> Only a few private media outlets exist in the country, and they are largely owned by persons close to President Obiang. Freedom of association and assembly are severely curtailed, and the government imposes restrictive conditions on the registration and operation of nongovernmental organizations. The few local activists who seek to address human rights-related issues often face intimidation, harassment, and reprisals.

https://www.hrw.org/world-report/2018/country-chapters/equatorial-guinea.

Mr. Envela has been a lawful resident of the United States for decades, having secondary school and Stanford University.   He has been an Olympic athlete, a businessman, and a protester for human rights abuses on the African continent and elsewhere.   He has sought the assistance of his home country to obtain travel documentation.   However, because of his resistance to the corrupt dictatorship and his political aspirations, they have denied him the assistance he is entitled to and have made threats against him and his family.   He took the actions he took in this case in protest.   Nevertheless, he acknowledges that this was not the appropriate way to handle the dispute, accepts responsibility for his actions, and assures the Court that he will not repeat the

2

conduct. No sanction beyond the conviction and a brief period of supervision is necessary to ensure he abides by the law as he has done since his arrest in this case.

        Respectfully submitted

        A. J. KRAMER
        FEDERAL PUBLIC DEFENDER

          /s/

        _____
        Michelle Peterson
        First Assistant Federal Public Defender
        625 Indiana Avenue, N.W.
        Suite 550
        Washington, D.C. 20004
        (202) 208-7500